

**SEALED**

s/ T. Ferris

| ORDERED UNSEALED on 3/22/2021     s/ TrishaF |
|---|

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate's Case No. **21-MJ-1043** |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| Jason HARRINGTON ) | Title 18, U.S.C., Section 1343 – Wire Fraud |
| Defendant. ) | |
| ) | UNDER SEAL |
| ) | |

The undersigned complainant being duly sworn states:

COUNTS 1-5

On or about the dates listed  below, within the Southern District of California and elsewhere, defendant Jason HARRINGTON, for the purpose of executing an essential part of the below mentioned scheme to defraud, caused to be transmitted by wire in interstate commerce certain writings, signs, and signals described below, to wit:

| Count | Date | Item Transmitted |
|---|---|---|
| 1 | 9/4/19 | An email from gemini.sky.h@gmail.com to T.P. about mailing a purported work of art by Barkley Hendricks. |
| 2 | 9/9/19 | An email from gemini.sky.h@gmail.com to T.P. about tracking information. |
| 3 | 10/3/19 | A $19,970 wire transfer from D.A.'s Wells Fargo account to Harrington's JP Morgan Chase account. |
| 4 | 10/25/19 | A text message from Harrington to M.K. about scheduling a telephone call with Harrington's purported wife. |

1

| 5 | 10/27/19 | A text message from Harrington to M.K. about the provenance of a purported work of art by Richard Hambleton. |
|---|----------|--------------------------------------------------------------------------------------------------------------------|

All in violation of Title 18, United States Code, Section 1343.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____

Laura Wetterer
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone on this __17__ day of March, 2021.

_____

Hon. Linda Lopez
United States Magistrate Judge

<u>PROBABLE CAUSE STATEMENT</u>

In violation of the aforementioned statute, the following acts were committed in the Southern District of California:

## A. Introduction

Based on the information set forth below, the defendant Jason Harrington has sold forged artwork since at least 2019. Harrington sold artwork purportedly created by Richard Hambleton – a New York City artist who rose to fame in the 1980s and whose paintings routinely sell for hundreds of thousands of dollars. Harrington falsely told prospective buyers that a woman named Rachel, who he claimed was his wife, purchased the artwork directly from Hambleton at a discount. Harrington also attempted to sell at least one forged painting purporting to be from the noted portraitist Barkley Hendricks.

## B. Background

### i. Richard Hambleton

According to publicly available sources, Richard Hambleton was an American-Canadian artist best known for his recurring motif of a black-silhouetted figure known as the Shadowman. Along with other contemporaries, Hambleton painted directly on the streets of New York and achieved success during the art boom of the 1980s.



According to publicly available sources, Hambleton was born in Vancouver, Canada and studied at the Emily Carr University of Art and Design. He began to gain public attention in the mid-to-late 1970s, when he began his Image Mass

Murder series.  Hambleton painted faux crime scene outlines of bodies on pavement and added red paint to simulate blood – "hoping to make people believe a serial murderer was on the loose."  Settling in New York in 1979, Hambleton transitioned from street art to producing paintings in his studio.  He went on to participate in both the 1984 and 1988 Venice Biennale.  Today, Hambleton's works are held in the collections of the Brooklyn Museum, the Andy Warhol Museum in Pittsburgh, and The Museum of Modern Art in New York, among others.  The artist died on October 29, 2017 in New York, New York.

    *ii.*     *Barkley Hendricks*

According to publicly available sources, Barkley Hendricks was born in 1945 in Philadelphia and attended Yale University, earning bachelor's and master's degrees in Fine Art in 1972.  He later taught studio art at Connecticut College until 2010.  Hendricks died in New London, Connecticut in 2017.  According to Sotheby's, Hendricks is "[o]ne of the most influential artists to have emerged in the late 20th century . . . [who] revolutionized portrait painting with his post-modern depictions of cool, stylish and self-aware black subjects."

  

According to publicly available sources, Hendricks had his first painting retrospective at the Nasher Museum of Art in 2008, which then traveled to other museums in the United States. Hendricks's work is also included in the Whitney Museum of American Art, New York; the National Portrait Gallery, Washington, D.C.; the National Gallery of Art, Washington, D.C.; Tate Modern, London; the Studio Museum in Harlem; and the Philadelphia Museum of Art.

## C.    Harrington's Scheme

Since at least 2019, Jason Harrington sold, or attempted to sell, Hambleton and Hendricks forgeries to an art gallery (hereinafter "Gallery 1") and to three individuals (hereinafter "Individual 1," "Individual 2," and "Individual 3").

### i.    Gallery 1

According to information obtained from Google, on July 23, 2019, Harrington took a screenshot of the following publicly available photo to his Google account:



During the subsequent weeks, photos from Harrington's Google account show that several individuals used the man in the blue suit as the basis for a painting that Harrington would later claim had been painted by Barkley Hendricks.

  

According to emails obtained from Google, on September 3, 2019, Harrington emailed Gallery 1 – a gallery that focuses on works by African American artists. Harrington asked whether the gallery was interested in a painting by Hendricks for an upcoming auction.  Gallery 1's owner began corresponding with Harrington about

purchasing the painting of the man in the blue suit, which the owner estimated would sell for $1-2 million at auction.

Harrington explained in an email to Gallery 1's owner that the "[t]he image in the painting is my uncle Larry Curry.  Larry lived in Mystic Connecticut in the time the painting was made."  Harrington further explained that he inherited the painting from his uncle several years earlier.  According to emails, Gallery 1's owner was excited about selling the piece but cautioned that he would first need Hendricks' widow to authenticate the painting.  The owner also asked Harrington to provide his full name and address and any additional details on how Harrington's uncle obtained the painting.  In response, Harrington wrote:

Jason Harrington
904 Birch Ave Escondido Ca
92027

Story goes that Barkley Hendricks met my Uncle Larry at a garage sale that my uncle Larry was hosting in Mystic Connecticut or somewhere very close to Mystic in 1972.  Barkley made a comment about the interesting clothing my uncle had been wearing and they started conversation.  Barkley also commented on my uncles Jazz collection that my uncle had visible in the garage.  They started conversation and shortly after they somehow made an agreement on a trade for the collection and the portrait.

According to emails obtained from Google, on October 16, 2019, Gallery 1's owner said that Hendricks' widow had reviewed the painting and determined that it was a forgery.  As the owner explained, Hendricks' widow "doubted the materials, the technique, the handwriting on the verso and the signature on the painting.  She said Hendricks began documenting all his painting in the late 1960s and took meticulous notes concerning each work.  There is no mention of this work in any of his notes." Gallery 1's owner concluded that the painting was an "intentional forgery."

There is probable cause to conclude that the painting was a forgery and that Harrington knew it was a forgery when he attempted to sell it to Gallery 1's owner.  First, the photos in Harrington's Google account show the painting as a work in progress.  Based on the photos, which were taken in 2019, it's unclear who the painter was, but it certainly was not Hendricks, who died in 2017, according to publicly available sources.

Second, Harrington claimed that he obtained the painting from his uncle, Larry Curry, whose portrait Hendricks purportedly painted in 1972 in exchange for jazz records.  This claim does not appear to be true because agents found a screenshot of a webpage in Harrington's Google Photos account featuring the obituary of a man named Larry Curry, which Harrington likely used to concoct his provenance story. Moreover, the photo of the man in the blue suit, that Harrington claimed was a picture of his uncle in 1972, comes from the Wikipedia article "1970s in fashion," which notes that the photo was taken in July 1975.

### ii.   Individual 1

Individual 1 is a private art dealer located in New York City who has sold genuine Hambleton artwork on her online gallery.

According to emails between Harrington and Individual 1, on September 25, 2019, Individual 1 received an email from Harrington stating: "Do you purchase artwork or consign?  I have 2 Richard Hambleton pieces."  Individual 1 responded: "It depends.  What do you have?"  In response, Harrington simply sent the following image:



Individual 1 asked whether the painting was signed and dated, and Harrington replied that the painting – which they referred to as the "pom pom" piece – was 72" x 62" on an unstretched canvas, signed by the artist, dated '09, and in good condition. Harrington told Individual 1 that he had two Hambleton pieces for sale – the "pom-pom" piece for $15,000 and a stop sign painting for $20,000.  Harrington agreed to ship Individual 1 the stop sign painting so that she could examine it before deciding whether to buy it.

According to Individual 1, who was interviewed by FBI agents, Individual 1 received a package containing the stop sign painting.  After reviewing the painting,

Individual 1 decided to purchase it along with Individual 2, an art collector and museum curator. According to an email, on October 2, 2019, Harrington emailed an invoice to Individual 1 for a "Richard Hambleton Shadow Head STOP sign 2011" painting with an amount due of $20,000. The invoice contained the following image:



According to an email and its attachment, Harrington also sent a "Letter of Provenance," dated October 3, 2019, attesting to the stop sign piece's authenticity.[1] The provenance letter indicated that the piece came from Rachel Harrington and Jason Harrington at 904 Birch Ave., Escondido, California 92027. The letter contained the typed signature of "Rachel Harrington" and stated, in pertinent part:

> I, Rachel Harrington purchased this Richard Hambleton Painting directly from Richard Hambleton for a discounted price while living in Manhattan New York and residing on Essex Street in the year 2011. Me [sic] and Richard became friends in 2001 after being introduced to him by a friend named Tanya Miller. The Stop Sign painting has been in my possession since the year of purchase making me and my husband Jason the rightful owners.[2]

According to financial records, on October 3, 2019, Individual 1 wired $19,970 from her Wells Fargo account in New York to Jason Harrington's JP Morgan Chase account. According to Individual 1, Individual 1 and Individual 2 split the cost of the painting.

According to Individual 1, after she purchased the painting, Individual 1 hung it in a New York contemporary art gallery and listed the piece for sale on a website.

---

[1] Provenance is a term of particular significance in the art world. It refers in general to the documentation that confirms the authenticity of a piece of art, generally through ownership history.

[2] Based upon my experience and training, discussions with other federal agents, and interviews I have conducted as part of this investigation, it is my opinion that the Letter of Provenance is entirely fictitious and was manufactured simply to allow Harrington to pass off a forgery as a genuine Richard Hambleton painting.

When an employee of the website learned where Individual 1 purchased the painting, he told her that he had seen some strange Hambleton pieces coming from Southern California.  Individual 1 became suspicious and compared Harrington's piece with other known samples of Hambleton's work.  After doing so, she saw that her painting was different and determined that it was a counterfeit.

> ### iii.    Individual 3

According to publicly available sources, Individual 3 is a prominent art dealer, advisor, and collector based in New York City and has been involved in the art industry for over 35 years.  According to an email, on October 16, 2019, Individual 3 received an email from Harrington stating: "Hello, do you consign or purchase art? I have a few Richard Hambleton pieces that I am selling… Thanks – Jay." Harrington provided his phone number (ending in -1007) and the two later spoke about Hambleton artwork.[3]

On October 17, 2019, Individual 3 received text messages – which Individual 3 provided to FBI agents – from Harrington containing images of two pieces of purported Hambleton art.  One of the pieces featured a horse, and the other featured three heads, both of which are common motifs in Hambleton's works.  According to the text messages, Individual 3 asked about the condition of the pieces and their provenance: "You say your wife got direct in what year? Did she buy them or were they gifts? Would like to try to get u as much $ as possible."  Harrington replied: "[M]y name is Jay. My wife used to live in Manhattan and had an on-and-off relationship with Richard throughout the years. I don't think Richard gave away his paintings. My wife Rachel purchased them at a discounted price from Richard. They're both signed R Hambleton 08'."

According to Individual 3, Individual 3 thought the paintings were promising based on the photos and inquired about the price.  Harrington simply asked what Individual 3 was willing to pay.  Individual 3 offered him $5,000, even though Hambleton paintings routinely sold for hundreds of thousands of dollars.  Harrington

---

[3] Although Individual 3 does not recall Jay using his last name, it is clear to me that the individual identifying himself as "Jay" is in fact Jason Harrington.  This opinion is based, inter alia, upon Jay's use of the email account – which I know to be controlled by Harrington – to contact Individual 3, his offering for sale of forged Hambleton artwork, the purported and shifting provenance of the artwork, the time frame involved, and his use of phone number ending in -1007 to communicate with Individual 3.

accepted the offer and shipped the paintings to her in New York – as corroborated by a shipping label – so she could look at them before sending the money.

On October 18, 2019, Harrington texted Individual 3 a photograph of a shipping label and confirmed that the art would arrive at her address in New York City the next afternoon.  According to Individual 3, when the package arrived, it contained the two pieces rolled up, but with no return address.  Although Individual 3 was not a Hambleton expert, the paintings appeared legitimate.

Before she was willing to pay for the paintings, Individual 3 claims that she asked Harrington for documents confirming their provenance, but Harrington never sent any.  On October 23, Individual 3 texted Harrington to ask if she could speak to his wife about the paintings and how she obtained them.  Two days later – according to a text message – Harrington texted his supposed wife's phone number to Individual 3.  Upon calling that number, Individual 3 claims that she spoke to a woman who said that she was "Jay's girlfriend."  During the call, it became apparent to Individual 3 that something was wrong. Among other things, the woman barely spoke English and mispronounced Greenwich Village.

According to Individual 3, she reached out to Individual 2 – the art collector who purchased the purported Hambleton piece with Individual 1 – to ask whether the paintings were authentic.  According to Individual 2, Individual 2 took them to a Hambleton expert in New York City who said that the paintings were fake.

According to text messages, on October 27, Individual 3 confronted Harrington via text, writing: "[T]hese paintings are fake. What I would like to know is how did u really get my name I have no presence online w Hambleton. So I would like to know that. And who gave you these fakes."  Harrington denied that the paintings were fake and asked Individual 3 to ship them to an address in La Jolla, which, according to publicly available resources, is not a valid address.  In the text messages, Harrington claimed that the woman Individual 3 spoke to was his friend, not his wife.  In another text message, Harrington further admitted that: "OK, I did lie a little. Rachel passed away in September 2018 from a heroin overdose."  When Individual 3 called his bluff and asked to talk to Rachel, he claimed he decided to "get a Hispanic that didn't know much English so she couldn't give you much information . . ."  Individual 3 says that she did not believe any of Harrington's explanations and never returned the forged paintings.

## D.    Harrington's Google Account

Evidence obtained from Harrington's Google account further establishes that Harrington knowingly sold forged Hambleton paintings. For example, the following photos (taken in the summer of 2019), show paintings in progress that appear to be similar to genuine Hambleton paintings:

  

Moreover, Harrington's Google account contains doctored photos purporting to show Hambleton standing with an individual.  For example, the photo below on the left appears to be the basis for the photo below on the right, which contains a photo of Hambleton's face photoshopped onto the face of the man with the mustache.

 

A search of Harrington's Google account reveals that he took a screenshot of the below publicly available photo of Hambleton, which Harrington appears to have used to photoshop Hambleton's face onto the face of the man with the mustache.



Harrington's Google account also contains a photo purporting to show Hambleton standing next to a woman whom agents have identified as one of Harrington's associates:



A review of publicly available photos of Hambleton, reveals the photo below, which appears to have been used to create the image above:



**E.    Conclusion**

Based upon my experience and training, discussion with other federal agents, and all of the facts referenced in this affidavit, there is probable cause to believe that Jason Harrington knowingly and willfully engaged in a scheme to commit wire fraud by attempting to sell a forged Hendricks painting and selling forged Hambleton paintings, in violation of Title 18, United States Code, Section 1343.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 17, 2021

_____
Laura Wetterer
Special Agent, FBI