UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:   21cr1184-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order continuing motion hearing/trial |
| v. | ) | setting |
| | ) | |
| JASON HARRINGTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing in the joint motion of the parties, the Court orders the motion hearing/trial setting continued from August 6, 2021, to September 3, 2021 at 1:30 p.m.

The Court excludes the time under the Speedy Trial Act because Mr. Harrington has tendered a plea agreement that will be entered before the magistrate judge, motions are on file that require resolution, and the interests of justice outweigh the defendants' and the public's interest in a speedy trial.

**IT IS SO ORDERED.**

Dated:  August 4, 2021

Hon. Janis L. Sammartino
United States District Judge

1