UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON HARRINGTON,<br><br>　　　　　Defendant. | Case No.: 21-CR-1184-JLS<br><br>ORDER OF RESTITUTION |

　　　IT IS HEREBY ORDERED:

　　　1.　　Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant Jason Harrington (hereinafter "Defendant") shall pay restitution in the amount of $1,179,349.27 as a result of Defendant's conviction for wire fraud, in violation of 18 U.S.C. § 1343. Restitution shall be paid to the victims as set forth in the attached chart (*see* Attachment 1).

　　　2.　　Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

　　　3.　　After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that Defendant has the ability to pay the restitution as set forth in the following payment schedule:

　　　　　　a.　Defendant shall pay restitution at the rate of at least $250 per month, subject to modification upon further agreement of the parties or order of the Court.

4. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

5. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

6. The Court has determined that Defendant does not have the ability to pay interest. Thus, Defendant shall not pay interest.

7. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. 3664(k).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

9. The restitution hearing set for February 11, 2022, at 11:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: February 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

# ATTACHMENT 1

# VICTIM CLAIM CHART

*United States v. Jason Harrington*; Case No. 21-CR-1184-JLS

| VICTIM | AMOUNT |
| --- | --- |
| Art Brokerage, Inc. | $14,490.00 |
| Artnet Worldwide | $50,000.00 |
| Bahia Baradi LLC | $482,500.00 |
| Birkestrand, Cayla B. | $30,000.00 |
| Dergham, Cameron N. | $30,000.00 |
| Dergham, Ghada | $30,000.00 |
| Dru Artark Fine Art | $19,970.00 |
| Gould, Kevin Andrew | $84,000.00 |
| Morris, Eric | $66,500.00 |
| P8H Inc. | $5,850.00 |
| Sotheby's | $118,915.00 |
| Tate Ward Auctions Ltd. | $30,856.22 |
| Vroom Varossieau | $96,075.42 |
| Weir, William T. | $14,000.00 |
| Heritage Capital | $13,750.00 |
| Swann Galleries | $36,890.00 |
| Ghost Gallerie | $50,000.00 |
| Jonathan Flaum | $5,552.63 |